JESSIE R. RIDER, as Executrix of EMMA RIDER, Deceased, Appellant, *v.* THE PREFERRED ACCIDENT INSURANCE COMPANY OF NEW YORK, Respondent.

*Accident insurance — liability of company for injury intentionally inflicted upon the insured.*

*Rider* v. *Preferred Accident Ins. Co.*, 183 App. Div. 42, affirmed.

(Argued October 11, 1920; decided November 16, 1920.)

APPEAL from a judgment entered June 4, 1918, upon an order of the Appellate Division of the Supreme Court, in the fourth judicial department, reversing a judgment in favor of plaintiff for the face amount of a policy of accident insurance with interest and costs entered upon a verdict and directing judgment in favor of said plaintiff for one-tenth of the face value of said policy with interest. The insured was deliberately shot and died as the result thereof. The policy sued upon provided for payment of the principal sum upon proof of death of insured " caused solely by external, violent and accidental means." It also provided that " in case of injury, fatal or otherwise, * * * intentionally inflicted upon the insured by himself or any other person," one-tenth of the amount provided in the policy should be payable.

*A. B. Rider* for appellant.

*Charles V. Byrne* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, HOGAN, POUND, McLAUGHLIN, ANDREWS and ELKUS, JJ.